UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY LA,<br><br>　　　　Defendant. | Case No.: CR 12-00034-001 DLJ<br><br>**STIPULATION AND [] ORDER RE SENTENCING HEARING** |

　　　Mr. La has pled guilty in this matter and he is currently set for a sentencing hearing on November 7, 2013, at 10:00 a.m.  However, defense counsel requests, and the government agrees, additional time is appropriate to ready this matter for sentencing.  As such, the parties stipulate and request that the Court continue the sentencing hearing in this case until Thursday, February 20, 2014, at 10:00 a.m.

　　　The U.S. Probation Officer assigned to this case, Karen Mar, is available on the suggested date. The Court appears to be available on the suggested date based on a review of the Court's available dates on the Court's website.

SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: October 21, 2013                    _____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

Dated: October 21, 2013                    _____/s/_____
EDWIN PRATHER
Attorney for TONY LA

## [] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the sentencing hearing in this case is hereby continued until February 20, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____              _____
HON. D. LOWELL JENSEN
U.S. DISTRICT JUDGE